In the Matter of SHAWN KHOURI, Appellant, v WILLIAM LEE, as Superintendent of Green Haven Correctional Facility, Respondent.

Submitted August 5, 2013; decided October 15, 2013

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

In the Matter of EDWARD KOEHL, Appellant, v BRIAN FISCHER, as Commissioner of Correctional Services, Respondent.

Submitted August 12, 2013; decided October 15, 2013

On the Court's own motion, appeal dismissed, without costs, upon the ground that the order appealed from does not finally determine the proceeding within the meaning of the Constitution. Motion for poor person relief dismissed as academic.

In the Matter of MARCUS CC., Appellant, v ERICA BB., Respondent. (Proceeding No. 1.)

In the Matter of MARIA DD., Respondent, v MARCUS CC., Appellant, et al., Respondent. (Proceeding No. 2.)

Decided October 15, 2013

Appeal dismissed, without costs, by the Court of Appeals, sua sponte, upon the ground that the two-Justice dissent at the Appellate Division is not on a question of law (CPLR 5601 [a]).